AO 187 (Rev. 7/87) Exhibit List

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA

v.

**ALVIS DAMON WILLIAMS**

**EXHIBIT LIST**

Case Number: 3:13-758

| PRESIDING JUDGE<br>Hon. Joseph F. Anderson, Jr. | PLAINTIFF'S ATTORNEY<br>Jay Richardson | DEFENDANT   PRO SE<br>~~Allen Burnside~~ |
|---|---|---|
| TRIAL DATE (S)<br>February 11, 18, 2014 | COURT REPORTER<br>Daniel Mayo | COURTROOM DEPUTY<br>Mary Floyd |

| GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | 2/11/14 | | X | **Video of June 26, 2013 Traffic Stop** |
| 2A | | 2/11/14 | | X | **Colt, .40 Caliber Pistol Seized during June 26, 2013 Traffic Stop** |
| 2B | | 2/11/14 | | X | **Ammunition from Seized Colt, .40 Caliber Pistol** |
| 3 | | 2/11/14 | | X | **BEST Kit with Narcotics Seized during June 26, 2013 Traffic Stop** |
| 3A | | 2/11/14 | | X | **Plastic Bag with Marijuana** |
| 3B | | 2/11/14 | | X | **Plastic Bag with Cut** |
| 3C | | 2/11/14 | | X | **Plastic Bag with Crack Cocaine** |
| 3D | | 2/11/14 | | X | **Plastic Bag with Crack Cocaine** |
| 3E | | 2/11/14 | | X | **Plastic Bag with Cocaine** |
| 3F | | 2/11/14 | | X | **Plastic Bag with Cocaine** |
| 4 | | 2/11/14 | | X | **Digital Scale** |
| 5 | | 2/11/14 | | X | **Foot Spray Canister with False Bottom** |
| 6 | | 2/11/14 | | X | **Cellular Telephone (1)** |
| 7 | | 2/11/14 | | X | **Cellular Telephone (2)** |
| 8 | | 2/11/14 | | X | **Cellular Telephone (3)** |
| 9 | | 2/18/14 | | X | **Document from SC Dept. of Employment and Workforce** |
| 10 | | 2/11/14 | | X | **Photograph – Driver's Side Overview** |
| 11 | | 2/11/14 | | X | **Photograph – Pistol Beside Driver's Seat (1)** |
| 12 | | 2/11/14 | | X | **Photograph – Pistol Beside Driver's Seat (2)** |
| 13 | | 2/11/14 | | X | **Photograph – Pistol Beside Driver's Seat (3)** |
| 14 | | 2/11/14 | | X | **Photograph – Passenger's Side Overview** |
| 15 | | 2/11/14 | | X | **Photograph – Inside Blue Bag** |
| 16 | | 2/11/14 | | X | **Photograph – Marijuana from Blue Bag** |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

| EXHIBIT LIST - CONTINUATION ||||||
|---|---|---|---|---|---|
| USA           vs.           WILLIAMS           3:13-758 ||||||
| GOVT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| **17** | | 2/11/14 | | X | **Photograph – Foot Spray Canister with False Bottom** |
| 18 | | 2/11/14 | | X | **Photograph – Inside False Bottom of Foot Spray Canister** |
| 19 | | 2/11/14 | | X | **Photograph – Four Bags of Crack and Powder Cocaine** |
| 20 | | 2/11/14 | | X | **Photograph – Scale** |
| 21 | | 2/11/14 | | X | **Photograph – Scale with Residue** |
| 22 | | 2/11/14 | | X | **Photograph – Cash** |
| 23 | | 2/11/14 | | X | **Photograph – Items Seized** |
| 24 | | 2/18/14 | | X | Photograph of buy money |
| 25 | | 2/18/14 | | X | Buy money |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of   2   Pages