United States District Court for the **South Carolina**

District of **Columbia**

File Number **CR. NO. 3:13-cr-758**

United States of America )
v. ) Notice of Appeal
)
Alvis Damon Williams )

Notice is hereby given that **Alvis Damon Williams** (plaintiffs) (defendants) in the above named case,* hereby appeal to the United States Court of Appeals for the **4th** Circuit (from the final judgment) (from the order (describing it)) entered in this action on the **22** day of **June**, 20 **14**.

(s) **AD Willis**

Attorney for **Pro se**

Address: **Lexington County Detention Center**
**P.O. Box 2019 Lexington S.C. 290**

* See Rule 3(c) for permissible ways of identifying appellants.

SCC
08/11/2011