IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No: 3:13-758-JFA |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ALVIS D. WILLIAMS | ) | |
| _____ | ) | |

This matter comes before the court upon the *pro se* motion of the defendant for discovery in his closed criminal case. In particular, the defendant seeks copies of the Grand Jury minutes in his criminal case and his "traffic stop DVD." The defendant states that his request is based on his allegation that the ATF agent lied to the Grand Jury at the time.

In February 2014, a jury found the defendant guilty of possession with intent to distribute crack cocaine and cocaine; being a felon in possession of a firearm and ammunition; and possession of a firearm in furtherance of a drug trafficking crime. This court sentenced the defendant on June 24, 2014 to a term of 180 months incarceration. The Fourth Circuit Court of Appeals affirmed this court's judgment on December 29, 2015. The defendant's motion challenging his sentence pursuant to 28 U.S.C. § 2255 was denied by this court on November 12, 2020. Then, on March 11, 2021, this court denied the defendant's motion for compassionate release. There are no post judgment matters pending in this closed criminal case.

To the extent that the defendant seeks these discovery materials under the Freedom of Information Act, his request is denied. A federal court is not subject to the federal

Freedom of Information Act. *See United States v. Miramontez*, 995 F.2d 56, 59 n. 3 (5th Cir. 1993) ("Even if Miramontez were asserting the FOIA as grounds for disclosure, he would not prevail. The FOIA directs agencies of the federal government to make certain information available to the public. 5 U.S.C. §§ 552. Federal courts, however, are expressly excluded from the definition of 'agency' for purposes of FOIA disclosure requirements. 5 U.S.C. § 551(1)(B).").

In the Standing Order Governing Discovery (ECF No. 8) entered in the defendant's criminal case on August 20, 2013, the order notes that any Grand Jury material is considered "restricted" and may not be provided to the defendant or any other person without the express permission of the government or further order of this court. The defendant has not received the government's permission to receive copies of the Grand Jury materials and this court sees no just reason to deviate from the provisions of the Order Governing Discovery.

For the foregoing reasons, the defendant's motion for discovery (ECF No. 155) is denied.

IT IS SO ORDERED.

March 25, 2021
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge